```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14497
   JEROME H COPPAGE JR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9187


---------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 11/07/2006 and was confirmed 01/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 08/13/2007.
---------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                            PAID        PAID
---------------------------------------------------------------------------
CARMAX AUTO FINANCE         SECURED VEHIC     9000.00        371.96     1949.09
WELLS FARGO OPERATION CE    CURRENT MORTG         .00           .00         .00
WELLS FARGO BANK            CURRENT MORTG         .00           .00         .00
RESURGENT CAPITAL SERVIC    UNSECURED         4291.26           .00         .00
CAPITAL ONE                 UNSECURED         7179.58           .00         .00
ECAST SETTLEMENT CORP       UNSECURED         9854.12           .00         .00
CITI CARDS                  UNSECURED        NOT FILED          .00         .00
DISCOVER FINANCIAL SERVI    UNSECURED         8570.37           .00         .00
B-LINE LLC                  UNSECURED         4815.68           .00         .00
RESURGENT CAPITAL SERVIC    UNSECURED         7368.58           .00         .00
WELLS FARGO BANK            NOTICE ONLY      NOT FILED          .00         .00
CARMAX AUTO FINANCE         UNSECURED          811.13           .00         .00
RESURGENT CAPITAL SERVIC    UNSECURED         9744.39           .00         .00
ERNESTO D BORGES JR         DEBTOR ATTY      2,500.00                    259.89
TOM VAUGHN                  TRUSTEE                                      166.84
DEBTOR REFUND               REFUND                                       449.31

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              3,197.09

PRIORITY                                       .00
SECURED                                    1,949.09
    INTEREST                                 371.96
UNSECURED                                      .00
ADMINISTRATIVE                               259.89
TRUSTEE COMPENSATION                         166.84
DEBTOR REFUND                                449.31
                    --------------        --------------
TOTALS               3,197.09              3,197.09

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 14497 JEROME H COPPAGE JR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/28/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE